Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

In the Matter.of the Petition of HENRY D. CRUGER to Compel ANNA T. BROWN, as Executrix, etc., of the Late ALFRED M. BROWN, Deceased, to Account and Render and File an Account of Her Proceedings as Such Executrix.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

BENJAMIN FURMAN, an Infant, by ABRAHAM FURMAN, His Guardian ad Litem, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

ABRAHAM FURMAN, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

In the Matter of the Petition of WILLIAM E. WEATHERS, Petitioner, for an Order of Certiorari to Review a Final Determination of GEORGE H. COBB and Others, as and Constituting the MOTION PICTURE COMMISSION OF THE STATE OF NEW YORK, Respondents.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

THE ONE HUNDREDTH BANK, LTD., Appellant, v. SEABOARD TRADING COMPANY, Respondent.— Order modified by granting leave to plaintiff to apply to vacate the order at the expiration of three months from date of entry of this order, upon proof that defendant has failed to proceed with due diligence in the execution of the commission; and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GERSETA CORPORATION, Appellant, v. THE EQUITABLE TRUST COMPANY OF NEW YORK and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of GERSETA CORPORATION, Appellant, for an Alternative Mandamus Order against THE SILK ASSOCIATION OF AMERICA, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PATRICK J. GAYNOR, as Committee of the Person and Property of WALTER J. SHERIDAN, an Incompetent, Respondent, v. FERDINAND HECHT, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PATRICK J. GAYNOR, as Committee of the Personal Property of WALTER J. SHERIDAN, an Incompetent, Respondent, v. FERDINAND HECHT, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SHERRILL BABCOCK, Respondent, v. SPENCER ALDRICH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.